# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

|   |   |
|---|---|
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | |
| v. | No. 1:20-cv-00546-RTH |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report to request that the Court continue the stay of the remaining counts of plaintiffs' First Amended Complaint (Counts III and IV), which both concern plaintiffs' cost-sharing reduction (CSR) claims, for 60 days.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. *See* Doc. 20 at 1. On September 21, 2021, the Court continued the stay and ordered the parties to file a joint status report on or before November 4, 2021. *Id*. The Court also ordered: "If the parties request to continue the stay in the next JSR due to ongoing discussions with a number of CSR plaintiffs, the parties SHALL FILE a JSR every 30 days thereafter." *Id.*

The parties request that the Court continue the stay to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. As the parties reported before, counsel for a large number of plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and consulting with

the client agency and its actuaries. The Government hopes to provide Plaintiffs with a substantive response by late January. Plaintiffs here have expressed a willingness to consider seriously the method, if any, that the Government is able to agree to with the other CSR plaintiffs for resolving or streamlining the CSR cases. The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time for these efforts.

In addition, the parties here are discussing with each other and may present to the Court, other options to partially or fully resolve the remaining claims. Good cause therefore exists to continue the stay.

In addition, continuing the stay for 60 days is warranted given that the Government has agreed that it will stipulate to liability and damages for Plaintiffs' claims for CSR amounts owed for 2017 in this case and the parties will work together in the next 30 days to present the Court with a joint stipulation and motion for entry of partial final judgment as to CSR damages the Government owes Plaintiffs for 2017 in this case.

Accordingly, the parties jointly request that the Court continue the stay in this case for 60 days, until March 4, 2022, to file the next joint status report in which the parties will update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| January 4, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | PATRICIA M. McCARTHY.<br>Director |
| /s Howard J. Stanislawski<br>Howard J. Stanislawski<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC 20005<br>(202) 736-8000<br>hstanislawski@sidley.com | /s Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| | /s Eric E. Laufgraben<br>ERIC E. LAUFGRABEN<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 353-7995<br>Facsimile:  (202) 353-0461<br>Email:  Eric.E.Laufgraben@usdoj.gov |
| *Of Counsel:* | |
| Thomas D. Cunningham<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>tcunningham@sidley.com | |
| | *Attorneys for Defendant* |
| William A. Sarraille<br>Tobias S. Loss-Eaton<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC 20005<br>(202) 736-8000<br>tlosseaton@sidley.com | |
| *Counsel for Plaintiffs Cigna Health and Life Insurance Company, Cigna Healthcare of Arizona, Inc., and Cigna Healthcare of Texas, Inc.* | |