# In the United States Court of Federal Claims
No. 20-546 C
Filed: February 17, 2022

**CIGNA HEALTH and LIFE INSURANCE COMPANY,** et al.

v.

**THE UNITED STATES**

**RULE 54(b) JUDGMENT**

    Pursuant to the court's Order, filed February 17, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed February 16, 2022,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the amount of $7,189,574.16, on Count III of plaintiffs' complaint, for unpaid cost-sharing reduction (CSR) payments through December 31, 2017. Count III of the complaint is partially dismissed as it relates to plaintiffs' claim for CSR payments through December 31, 2017, and Count IV of the complaint is dismissed with prejudice. Each party shall bear its own costs, attorney fees, and expenses.

Lisa L. Reyes
Clerk of Court

By:    s/ Debra L. Samler

Deputy Clerk