# In the United States Court of Federal Claims

No. 20-546

(Filed: 18 July 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIGNA HEALTH AND LIFE INSURANCE, COMPANY, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

      This case has been stayed since 24 September 2020 while the parties attempt to resolve this matter without further litigation. *See* Order, ECF No. 15. The parties have been obligated to update the Court on the status of their discussions every thirty days via joint status report ("JSR"). *See* Order, ECF No. 20. On 15 July 2022, the parties filed a joint motion for leave to file out of time a JSR they inadvertently failed to file by 19 June 2022. J. Mot. at 1, ECF No. 33. The parties' attached JSR reports their discussions have been ongoing and effective towards reaching a resolution. JSR at 1–2, ECF No. 33-1. The parties request the stay continue and suggest they file the next JSR in sixty days "to update the Court on the status of their efforts to fully resolve this matter." *Id.* at 2.

      The Court **GRANTS** the parties' joint motion for leave, ECF No. 33, and considers the attached JSR filed, ECF No. 33-1. For good cause shown, the Court continues the stay of proceedings. As agreed by counsel for the parties, the parties **SHALL FILE** a JSR within sixty days. If the parties request to continue the stay in the next JSR, the parties **SHALL FILE** a JSR every 60 days thereafter.

      **IT IS SO ORDERED.**

                                                   s/ Ryan T. Holte
                                                   RYAN T. HOLTE
                                                   Judge